IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF UTAH, CENTRAL DIVISON

| | |
|---|---|
| OSCAR JONES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF COTTONWOOD HEIGHTS, a municipality; COTTONWOOD HEIGHTS POLICE DEPARTMENT, a law enforcement agency; ZEPHANI HUANG, an individual; KYLE MAHONEY, an individual; GARY YOUNG, an individual; JEFF GAINEY, an individual; ROBERT RUSSO, an individual; TIM TINGEY, an individual,<br><br>    Defendants. | **ORDER TO EXTEND DISCOVERY FOR 90 DAYS**<br><br>Case No. 2:22-cv-00302<br><br>JUDGE STEWART<br><br>CHIEF MAGISTRATE JUDGE PEAD |

1

This matter came before the Court on the Stipulated Motion to Extend Discovery for 90 Days. The Court, having considered the Stipulated Motion, and for good cause appearing, hereby ORDERS that the Stipulated Motion is GRANTED. Deadlines for all fact and expert discovery, along with the associated deadlines for trial are hereby extended 90 days from the dates listed in the Scheduling Order.

IT IS SO ORDERED.

Dated this May 22nd, 2023.

BY THE COURT:

_____
Judge Pead
United States Magistrate Judge